UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Spraggins,

Plaintiff,

v. CIVIL 01-457 (MJD/JGL)

Hennepin County Medical Center,

Defendant.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the prisoner civil rights list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: March 26, 2001

Michael J. Davis
Judge Michael J. Davis
United States District Court

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Chief Judge Paul A. Magnuson. Magistrate Judge Jonathan G. Lebedoff remains the magistrate on the case.

NEW CASE NUMBER 01-457 PAM/JGL

Use this case number for all further filings.