UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy Spraggins,

Plaintiff,

v.

**ORDER OF DISMISSAL**
Civil 01-457 PAM/JGL

Hennepin County Medical,

Defendant.

---

Based on this Court's previous order dated October 10, 2001 and having received no response from the plaintiff,

IT IS ORDERED, that this case be dismissed for lack of prosecution.

Dated: November 27, 2001

**PAUL A. MAGNUSON, JUDGE**
**United District Court**

NOV 27 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK